**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**


IN RE: Anthony J. Palombo Jr.                                    CHAPTER 13
                    &
          Cathy M. Palombo                               BKY. NO. 17-20828 CMB
                              Debtors


**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

        Kindly enter my appearance on behalf of Select Portfolio Servicing as Servicer for
U.S. Bank, National Association, as Trustee for the EMC Mortgage Loan Trust 2002-B,
Mortgage Pass-through Certificates Series 2002-B and index same on the master mailing list.


                                          Respectfully submitted,

                                          **/s/ James C. Warmbrodt, Esquire**
                                          James C. Warmbrodt, Esquire
                                          jwarmbrodt@kmllawgroup.com
                                          Attorney I.D. No. 42524
                                          KML Law Group, P.C.
                                          701 Market Street, Suite 5000
                                          Philadelphia, PA 19106
                                          Phone: (215)-627-1322


                                          Attorney for Movant/Applicant