# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | ANTHONY J. & CATHY M. PALOMBO |
| **Case Number:** | 17-20828-CMB   **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, SEPTEMBER 28, 2017 11:00 AM  3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
9/28/17 4:11 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#10 - Final Confirmation of Plan Dated 3/17/2017 (NFC)

**R / M #:** 10 / 0

### *Appearances:*

Debtor: *Burdolski*

Trustee: Winnecour / (Bedford) / Pail / Katz

Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____ , effective _____ .
7. ✓ Plan/Motion continued to *10-19-17* at *1 : 00* .
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____ .
   Objections are due on or before _____ .
   A hearing on the Amended Plan is set for _____ at _____ .
9. _____ Contested Hearing: _____ at _____ .
10. _____ Other: