UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: **ANTHONY & CATHY PALOMBO** ) | Case No. 17-20828-CMB |
| ) | Chapter 13 |
| Debtor, ) | Filed Under Local Rule |
| _____ ) | 9013.4 6(b) |
| Russell A. Burdelski, Esquire ) | RAB-5 |
| Applicant ) | Hearing Date _2/14/18@_10:00 am |
| ) | |
| ) | Response Due 1/16/18 |
| No Respondent ) | Related to Document No. 33 |

# ENTERED BY DEFAULT

ORDER OF COURT

AND NOW, to wit, this ___19th___ day of ___January___, 20_18_

the **APPLICATION OF RUSSELL A. BURDELSKI, ESQUIRE FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE DEBTOR** is approved in the amount of $_1,554.50____, which represents $1,475.00_ in attorney's fees and $___79.50_____ in costs for the time period of 1/05/17 to 12/28/17. Debtor's counsel has already been approved to be paid $4000.00 to date (*i.e. $1,000.00 retainer and $3000.00 through the plan*), and any remaining balance shall be paid by the Chapter 13 Trustee to the extent provided for in the confirmed Chapter 13 Plan. Thus, the grand total of all fees and costs thus far are as follows: *$1,000.00 retainer + $3,000.00 through plan + $1,554.50 = $5,554.50.*

By the Court

*Carlota M. Böhm*
United States Bankruptcy Judge       **kmt**

FILED
1/19/18 9:51 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Anthony J. Palombo, Jr.
Cathy M. Palombo
      Debtors

Case No. 17-20828-CMB
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: kthe      Page 1 of 1      Date Rcvd: Jan 19, 2018
                Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2018.
db/jdb      +Anthony J. Palombo, Jr.,    Cathy M. Palombo,    515 Crestview Drive,    Pittsburgh, PA 15239-1705

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2018 at the address(es) listed below:
         Brett A. Solomon    on behalf of Defendant    Ally Financial serviced by Ally Servicing LLC
          bsolomon@tuckerlaw.com,    agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
         Brett A. Solomon    on behalf of Creditor    Ally Financial bsolomon@tuckerlaw.com,
          agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
         James Warmbrodt    on behalf of Creditor    U.S. Bank, National Association, as Trustee for the
          EMC Mortgage Loan Trust 2002-B, Mortgage Pass-through Certificates Series 2002-B
          bkgroup@kmllawgroup.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
          ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         Russell A. Burdelski    on behalf of Plaintiff Cathy M. Palombo atyrusb@choiceonemail.com
         Russell A. Burdelski    on behalf of Plaintiff Anthony J. Palombo, Jr. atyrusb@choiceonemail.com
         Russell A. Burdelski    on behalf of Debtor Anthony J. Palombo, Jr. atyrusb@choiceonemail.com
         Russell A. Burdelski    on behalf of Joint Debtor Cathy M. Palombo atyrusb@choiceonemail.com
         S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
          srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                                        TOTAL: 11