# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Anthony & Cathy Palombo | ) | Case No.  17-20828-CMB |
| Debtor, | ) | |
| -------------------------------------------------------- | ) | |
| Anthony & Cathy Palombo | ) | |
| Debtor/Movant | ) | Chapter 13 |
| v. | ) | |
| | ) | |
| US BANK, NA | ) | |
| Creditor/Respondent, | ) | |
| | ) | |
| Ronda Winnecour | ) | |
| Trustee/Respondent | ) | |

DECLARATION OF COUNSEL THAT THE EXISTING CONFIRMED PLAN AND / OR ORDER DATED **3/17/17** IS SUFFICIENTLY FUNDED TO ACCOUNT FOR THE CHANGE IN MORTGAGE PAYMENT

AND NOW, comes Anthony & Cathy Palombo by and through HIS/HER/THEIR Counsel, Attorney Russell A. Burdelski, Esquire and avers the following:

1. The last confirmed/proposed plan dated **3/17/17** and / or Confirmation Order directed that the regular monthly payment to US BANK, NA be **$827.00** per month.

2. On 3/12/18, to US BANK, NA filed a notice of change of monthly mortgage payment to **$816.11** per month beginning 5/2018 which is the same or lower than the amount provided for in the plan and / or Confirmation Order, thus an amended plan is not necessary as the plan is adequately funded.

WHEREFORE, the debtor so reports.

Respectfully submitted,

BURDELSKI LAW OFFICES

DATE__March 13, 2018____        /s/Russell A. Burdelski, Esquire
R. Burdelski, Esquire
1020 Perry Highway
Pittsburgh, PA 15237
PA Bar #72688
atyrusb@choiceonemail.com