# PROCEEDING MEMO

Date: 09/11/2019 10:00 am

In re: Anthony J. Palombo, Jr.
Cathy M. Palombo

Bankruptcy No. 17-20828-CMB
Chapter: 13
Doc. # 61

**Appearances:**

**Movant(s):** Russell A. Burdelski

**Respondents:** ~~Ronda J. Winnecour~~ / Pail / ~~Katz DeSimone~~

**Creditor(s):**

**Nature of Proceeding:** # 61 Application for Compensation for Russell A. Burdelski, Debtor's Attorney

**Additional Pleadings:** #63 Certificate of No Objection; #64 Response by Trustee

**Judge's Notes:** Parties reached agreement to reduce time entries and consent order to be filed by 11/1/19.

**Outcome:**

_____ Motion is GRANTED  _____ Order entered
_____ Motion is DENIED _____ Order entered
_____ Motion WITHDRAWN
_____ Motion is DISMISSED     Order entered
_____ Reschedule for Proper Service
_____ Case DISMISSED     Order entered
_____ Parties to submit Order/Settlement/Stipulation by _____ days
_____ CONTINUED MATTER:  _____ for at least _____ days (Court to Issue Order)
_____ to hearing date of _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
_____ Discovery time needed _____ days
_____ Briefs to be filed:    Movant(s) brief due _____ days
                                   Respondent(s) brief due _____ days
                                   Trustee's brief due _____ days

Carlota M. Böhm
Chief U.S. Bankruptcy Judge

FILED
9/11/19 3:43 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA