IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.17-20828CMB |
| Anthony Palombo, Jr | : | |
| Cathy Palombo | : | Chapter 13 |
|     Debtor(s) | : | |
| | : | |
| Russell A. Burdelski, Esquire | : | Related to Document #61, 64 |
|     Movant(s) | : | |
| | : | Hearing Date |
|     vs. | : | |
| Ronda J. Winnecour, Trustee | : | |
|     Respondent(s) | | |

## CONSENT ORDER RESOLVING CHAPTER 13 TRUSTEE'S RESPONSE TO APPLICATION OF RUSSELL A. BURDELSKI FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE DEBTOR

AND NOW, this _____ day of _____, 2019, upon consent of the Counsel for the Debtor and the Chapter 13 Trustee, as evidenced by signatures of counsel as set forth below, said agreement being the result of the oral agreement discussed at the September 11, 2019 hearing, IT IS ORDERED:

1. The following time entries are adjusted:

| | Description | Time | Date |
|---|---|---|---|
| (a) | Review of Order setting hearing on an Amended Plan | 0.40 to .1 | 6/11/19 |
| (b) | Review of Order confirming plan as modified | 0.50 to .1 | 10/30/17 |

2. The overall allowed time entries are therefore reduced by .7 hours or $175.00 (at $250.00 per hour).

3. The additional compensation allowed is $1200.00 in fees and $24.50 in expenses.

BY THE COURT:

_____
United States Bankruptcy Judge

Consented to:

/s/ Jana S. Pail
Jana S. Pail – PA I.D. #88910
Attorney for the Trustee
Suite 3250-U.S. Steel Building
600 Grant Street
Pittsburgh PA 15219
412-471-5566
jpail@chapter13trusteewdpa.com


/s/Russell A. Burdelski
Russell A. Burselski, Esquire
Attorney for debtor(s)
The Law Offices of Russell A. Burdelski
1020 Perry Highway
Pittsburgh, PA 15237-2109
412-366-1511
atyrusb@choiceonemail.com