IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.17-20828CMB |
| Anthony Palombo, Jr | : | |
| Cathy Palombo | : | Chapter 13 |
|     Debtor(s) | : | |
| | : | Related to: Document Nos. 61, 64 |
| Russell A. Burdelski, Esquire | : | |
|     Movant(s) | : | |
| | : | |
| vs. | : | |
| Ronda J. Winnecour, Trustee | : | |
|     Respondent(s) | | |

## CONSENT ORDER RESOLVING CHAPTER 13 TRUSTEE'S RESPONSE TO APPLICATION OF RUSSELL A. BURDELSKI FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE DEBTOR

AND NOW, this __26th__ day of __September__, 2019, upon consent of the Counsel for the Debtor and the Chapter 13 Trustee, as evidenced by signatures of counsel as set forth below, said agreement being the result of the oral agreement discussed at the September 11, 2019 hearing, IT IS ORDERED:

1. The following time entries are adjusted:

| | Description | Time | | Date |
|---|---|---|---|---|
| (a) | Review of Order setting hearing on an Amended Plan | 0.40 | **to .1** | 6/11/19 |
| (b) | Review of Order confirming plan as modified | 0.50 | **to .1** | 10/30/17 |

2. The overall allowed time entries are therefore reduced by .7 hours or $175.00 (at $250.00 per hour).

3. The additional compensation allowed is $1200.00 in fees and $24.50 in expenses.

BY THE COURT:

_____
United States Bankruptcy Judge

Consented to:

FILED
9/26/19 11:21 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

/s/ Jana S. Pail
Jana S. Pail – PA I.D. #88910
Attorney for the Trustee
Suite 3250-U.S. Steel Building
600 Grant Street
Pittsburgh PA 15219
412-471-5566
jpail@chapter13trusteewdpa.com


/s/Russell A. Burdelski
Russell A. Burselski, Esquire
Attorney for debtor(s)
The Law Offices of Russell A. Burdelski
1020 Perry Highway
Pittsburgh, PA 15237-2109
412-366-1511
atyrusb@choiceonemail.com

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                              Case No. 17-20828-CMB
Anthony J. Palombo, Jr.                                                             Chapter 13
Cathy M. Palombo
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr              Page 1 of 1            Date Rcvd: Sep 26, 2019
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2019.
db/jdb         +Anthony J. Palombo, Jr.,   Cathy M. Palombo,   515 Crestview Drive,   Pittsburgh, PA 15239-1705

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2019 at the address(es) listed below:
              Brett A. Solomon    on behalf of Defendant    Ally Financial serviced by Ally Servicing LLC
               bsolomon@tuckerlaw.com,   agilbert@tuckerlaw.com
              Brett A. Solomon    on behalf of Creditor    Ally Financial bsolomon@tuckerlaw.com,
               agilbert@tuckerlaw.com
              James Warmbrodt    on behalf of Creditor    U.S. Bank, National Association, as Trustee for the
               EMC Mortgage Loan Trust 2002-B, Mortgage Pass-through Certificates Series 2002-B
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Russell A. Burdelski    on behalf of Plaintiff Cathy M. Palombo atyrusb@choiceonemail.com
              Russell A. Burdelski    on behalf of Plaintiff Anthony J. Palombo, Jr. atyrusb@choiceonemail.com
              Russell A. Burdelski    on behalf of Debtor Anthony J. Palombo, Jr. atyrusb@choiceonemail.com
              Russell A. Burdelski    on behalf of Joint Debtor Cathy M. Palombo atyrusb@choiceonemail.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 11