**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>ANTHONY J. PALOMBO, JR.<br>CATHY M. PALOMBO<br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>　　　　Movant<br>　　vs.<br>No Respondents. | Case No.:17-20828<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

　1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

　2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

　3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

　4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

　**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

March 25, 2022

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 03/03/2017 and confirmed on 5/12/17 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 86,552.25 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 86,552.25 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 5,779.00 | |
|   Trustee Fee | 3,953.38 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,732.38 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   US BANK NA - TRUSTEE | 0.00 | 49,214.32 | 0.00 | 49,214.32 |
|     Acct: 1588 | | | | |
|   US BANK NA - TRUSTEE | 9,121.88 | 9,121.88 | 0.00 | 9,121.88 |
|     Acct: 1588 | | | | |
|   ALLY FINANCIAL(*) | 11,650.00 | 11,650.00 | 2,220.51 | 13,870.51 |
|     Acct: 2335 | | | | |
| | | | | 72,206.71 |
| **Priority** | | | | |
|   RUSSELL A BURDELSKI ESQ* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ANTHONY J. PALOMBO, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW OFFICES OF RUSSELL A BURDELSKI | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RUSSELL A BURDELSKI ESQ* | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RUSSELL A BURDELSKI ESQ* | 1,554.50 | 1,554.50 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXXX8-17 | | | | |
|   LAW OFFICES OF RUSSELL A BURDELSKI | 1,224.50 | 1,224.50 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXX5/19 | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 0.00 | 4,551.92 | 0.00 | 4,551.92 |
|     Acct: 0804 | | | | |
| | | | | 4,551.92 |
| **Unsecured** | | | | |
|   ECMC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8431 | | | | |
|   DUQUESNE LIGHT COMPANY* | 320.59 | 1.81 | 0.00 | 1.81 |
|     Acct: 8224 | | | | |
|   IC SYSTEM INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   AMERICAN INFOSOURCE LP AGENT FOR | 1,339.76 | 7.55 | 0.00 | 7.55 |
|     Acct: 6641 | | | | |
|   TRANSWORLD SYSTEMS++ | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 5276 | | | | |
| UNIVERSITY OF PITTSBURGH PHYSICIAN | 1,027.65 | 5.79 | 0.00 | 5.79 |
| Acct: 8431 | | | | |
| UPMC COMMUNITY MEDICINE | 271.20 | 1.53 | 0.00 | 1.53 |
| Acct: 8224 | | | | |
| VERIZON BY AMERICAN INFOSOURCE LP | 528.20 | 2.97 | 0.00 | 2.97 |
| Acct: 0001 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 1,820.93 | 10.25 | 0.00 | 10.25 |
| Acct: 1789 | | | | |
| UPMC COMMUNITY MEDICINE | 107.45 | 0.61 | 0.00 | 0.61 |
| Acct: 8431 | | | | |
| UPMC ST MARGARET | 395.72 | 2.23 | 0.00 | 2.23 |
| Acct: 8431 | | | | |
| UPMC PRESBYTERIAN SHADYSIDE HOSP | 3,836.00 | 21.60 | 0.00 | 21.60 |
| Acct: 8431 | | | | |
| UPCI CANCER SERVICES | 131.41 | 0.74 | 0.00 | 0.74 |
| Acct: 8431 | | | | |
| ALLY FINANCIAL(*) | 1,093.67 | 6.16 | 0.00 | 6.16 |
| Acct: 2335 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 61.24 |

TOTAL PAID TO CREDITORS                                                                 76,819.87

TOTAL CLAIMED
PRIORITY           0.00
SECURED       20,771.88
UNSECURED     10,872.58

Date: 03/25/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    ANTHONY J. PALOMBO, JR.
    CATHY M. PALOMBO
        Debtor(s)

Ronda J. Winnecour
        Movant
        vs.
No Repondents.

Case No.:17-20828

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Anthony J. Palombo, Jr.  
Cathy M. Palombo  
    Debtors

Case No. 17-20828-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Mar 28, 2022      Form ID: pdf900      Total Noticed: 25

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Anthony J. Palombo, Jr., Cathy M. Palombo, 515 Crestview Drive, Pittsburgh, PA 15239-1705 |
| cr | + | Ally Financial, Tucker Arensberg, P.C., c/o Brett A. Solomon, Esquire, 1500 One PPG Place, Pittsburgh, Pa 15222-5413 |
| 14387329 | + | AES/PHEAA, PO BOX 61047, Harrisburg, PA 17106-1047 |
| 14416827 | + | PHEAA, PO BOX 8147, HARRISBURG PA 17105-8147 |
| 14387332 | + | SELECT PORTFOLIO SERVICING, PO BOX 65450, Salt Lake City, UT 84165-0450 |
| 14375264 | + | SELECT PORTFOLIO SVCING, PO BOX 65250, Salt Lake City, UT 84165-0250 |
| 14672076 | | U.S. Bank, National Association, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14661396 | | UPCI Cancer Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14640928 | | UPMC Community Medicine, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14387336 | + | UPMC HEALTH SERVICES, PO BOX 371472, Pittsburgh, PA 15250-7472 |
| 14661397 | | UPMC Presbyterian Shadyside Hospital, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14661398 | | UPMC St Margaret, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14661395 | | University of Pittsburgh Physicians, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 28 2022 23:41:27 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14387330 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 28 2022 23:38:00 | ALLY, PO BOX 9001951, Louisville, KY 40290-1951 |
| 14385040 | | Email/Text: ally@ebn.phinsolutions.com | Mar 28 2022 23:38:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14382629 | | Email/PDF: ebn_ais@aisinfo.com | Mar 28 2022 23:41:29 | American InfoSource LP as agent for, T Mobile/T-Mobile USA Inc, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 14672097 | + | Email/Text: kburkley@bernsteinlaw.com | Mar 28 2022 23:39:00 | Duquesne Light Company, c/o Allison L. Carr,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 15083944 | | Email/Text: ECMCBKNotices@ecmc.org | Mar 28 2022 23:39:00 | ECMC, PO BOX 16408, St. Paul, MN 55116-0408 |
| 14387331 | + | Email/Text: Bankruptcy@ICSystem.com | Mar 28 2022 23:39:00 | IC SYSTEMS, PO BOX 64378, Saint Paul, MN 55164-0378 |
| 14423255 | + | Email/Text: ebnpeoples@grblaw.com | Mar 28 2022 23:39:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14387334 | + | Email/Text: bsimmons@amsher.com | Mar 28 2022 23:39:00 | TMOBILE, c/o AMSHER COLLECTION, 4524 SOUTH LAKE PARKWAY, SUITE 15, Birmingham, AL 35244-3271 |
| 14387335 | + | Email/Text: bankruptcydepartment@tsico.com | Mar 28 2022 23:39:00 | TRANSWORLD SYSTEMS INC., PO BOX |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 28, 2022 | Form ID: pdf900 | Total Noticed: 25 |

| | | | | |
|---|---|---|---|---|
| 14387338 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 28 2022 23:38:00 | | 15520, Wilmington, DE 19850-5520 VERIZON, C/O BANKRUPTCY DEPARTMENT, 500 TECHNOLOGY DRIVE, SUITE 550, Saint Charles, MO 63304-2225 |
| 14638495 | + | Email/PDF: ebn_ais@aisinfo.com Mar 28 2022 23:41:29 | | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 12

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | U.S. Bank, National Association, as Trustee for th |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14387333 | *+ | SELECT PORTFOLIO SVCING, PO BOX 65250, Salt Lake City, UT 84165-0250 |
| 14387337 | * | UPMC HEALTH SERVICES, PO BOX 371472, Pittsburgh, PA 15250-7472 |

TOTAL: 2 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2022    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brett A. Solomon | on behalf of Defendant Ally Financial serviced by Ally Servicing LLC brett.solomon@solomon-legal.com |
| Brett A. Solomon | on behalf of Creditor Ally Financial brett@solomon-legal.com |
| Brian Nicholas | on behalf of Creditor U.S. Bank  National Association, as Trustee for the EMC Mortgage Loan Trust 2002-B, Mortgage Pass-through Certificates Series 2002-B bnicholas@kmllawgroup.com |
| Maria Miksich | on behalf of Creditor U.S. Bank  National Association, as Trustee for the EMC Mortgage Loan Trust 2002-B, Mortgage Pass-through Certificates Series 2002-B mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | |

| | |
|---|---|
| | cmecf@chapter13trusteewdpa.com |
| Russell A. Burdelski | on behalf of Debtor Anthony J. Palombo Jr. Russ@BurdelskiLaw.com, russ.burdelski@gmail.com |
| Russell A. Burdelski | on behalf of Joint Debtor Cathy M. Palombo Russ@BurdelskiLaw.com russ.burdelski@gmail.com |
| Russell A. Burdelski | on behalf of Plaintiff Cathy M. Palombo Russ@BurdelskiLaw.com russ.burdelski@gmail.com |
| Russell A. Burdelski | on behalf of Plaintiff Anthony J. Palombo Jr. Russ@BurdelskiLaw.com, russ.burdelski@gmail.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 12