| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Anthony J. Palombo Jr.<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8224<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | Cathy M. Palombo<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8431<br>EIN   __–_____ |
| United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:   17–20828–CMB | | |

# Order of Discharge                                                                    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Anthony J. Palombo Jr.                     Cathy M. Palombo

<u>5/13/22</u>                              **By the court:** <u>Carlota M. Bohm</u>
                                                         United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Anthony J. Palombo, Jr.  
Cathy M. Palombo  
    Debtors

Case No. 17-20828-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3  
Date Rcvd: May 13, 2022     Form ID: 3180W     Total Noticed: 27

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Anthony J. Palombo, Jr., Cathy M. Palombo, 515 Crestview Drive, Pittsburgh, PA 15239-1705 |
| cr | + | Ally Financial, Tucker Arensberg, P.C., c/o Brett A. Solomon, Esquire, 1500 One PPG Place, Pittsburgh, Pa 15222-5413 |
| 14661396 | | UPCI Cancer Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14640928 | | UPMC Community Medicine, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14387336 | + | UPMC HEALTH SERVICES, PO BOX 371472, Pittsburgh, PA 15250-7472 |
| 14661397 | | UPMC Presbyterian Shadyside Hospital, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14661398 | | UPMC St Margaret, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14661395 | | University of Pittsburgh Physicians, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | May 14 2022 03:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 13 2022 23:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | May 14 2022 03:43:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 13 2022 23:45:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | May 14 2022 03:43:00 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14387329 | + | Email/Text: bncnotifications@pheaa.org | May 13 2022 23:45:00 | AES/PHEAA, PO BOX 61047, Harrisburg, PA 17106-1047 |
| 14387330 | + | EDI: GMACFS.COM | May 14 2022 03:43:00 | ALLY, PO BOX 9001951, Louisville, KY 40290-1951 |
| 14385040 | | EDI: GMACFS.COM | May 14 2022 03:43:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14382629 | | EDI: AIS.COM | May 14 2022 03:43:00 | American InfoSource LP as agent for, T Mobile/T-Mobile USA Inc, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 14672097 | + | Email/Text: kburkley@bernsteinlaw.com | May 13 2022 23:45:00 | Duquesne Light Company, c/o Allison L. Carr,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 15083944 | | Email/Text: ECMCBKNotices@ecmc.org | | |

Case 17-20828-CMB   Doc 90   Filed 05/15/22   Entered 05/16/22 00:23:17   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: auto | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: May 13, 2022 | Form ID: 3180W | Total Noticed: 27 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | May 13 2022 23:45:00 | ECMC, PO BOX 16408, St. Paul, MN 55116-0408 |
| 14387331 | + | EDI: IIC9.COM | May 14 2022 03:43:00 | IC SYSTEMS, PO BOX 64378, Saint Paul, MN 55164-0378 |
| 14416827 | + | Email/Text: bncnotifications@pheaa.org | May 13 2022 23:45:00 | PHEAA, PO BOX 8147, HARRISBURG PA 17105-8147 |
| 14423255 | + | Email/Text: ebnpeoples@grblaw.com | May 13 2022 23:45:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14387332 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 13 2022 23:45:00 | SELECT PORTFOLIO SERVICING, PO BOX 65450, Salt Lake City, UT 84165-0450 |
| 14375264 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 13 2022 23:45:00 | SELECT PORTFOLIO SVCING, PO BOX 65250, Salt Lake City, UT 84165-0250 |
| 14387334 | + | EDI: AMSHER.COM | May 14 2022 03:43:00 | TMOBILE, c/o AMSHER COLLECTION, 4524 SOUTH LAKE PARKWAY, SUITE 15, Birmingham, AL 35244-3271 |
| 14387335 | + | Email/Text: bankruptcydepartment@tsico.com | May 13 2022 23:45:00 | TRANSWORLD SYSTEMS INC., PO BOX 15520, Wilmington, DE 19850-5520 |
| 14672076 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 13 2022 23:45:00 | U.S. Bank, National Association, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14387338 | + | EDI: VERIZONCOMB.COM | May 14 2022 03:43:00 | VERIZON, C/O BANKRUPTCY DEPARTMENT, 500 TECHNOLOGY DRIVE, SUITE 550, Saint Charles, MO 63304-2225 |
| 14638495 | + | EDI: AIS.COM | May 14 2022 03:43:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | Duquesne Light Company |
| cr | | U.S. Bank, National Association, as Trustee for th |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14387333 | *+ | SELECT PORTFOLIO SVCING, PO BOX 65250, Salt Lake City, UT 84165-0250 |
| 14387337 | * | UPMC HEALTH SERVICES, PO BOX 371472, Pittsburgh, PA 15250-7472 |

TOTAL: 2 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 15, 2022        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brett A. Solomon | on behalf of Defendant Ally Financial serviced by Ally Servicing LLC brett.solomon@solomon-legal.com |
| Brett A. Solomon | on behalf of Creditor Ally Financial brett@solomon-legal.com |
| Brian Nicholas | on behalf of Creditor U.S. Bank National Association, as Trustee for the EMC Mortgage Loan Trust 2002-B, Mortgage Pass-through Certificates Series 2002-B bnicholas@kmllawgroup.com |
| Maria Miksich | on behalf of Creditor U.S. Bank National Association, as Trustee for the EMC Mortgage Loan Trust 2002-B, Mortgage Pass-through Certificates Series 2002-B mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Rebecca Solarz | on behalf of Creditor U.S. Bank National Association, as Trustee for the EMC Mortgage Loan Trust 2002-B, Mortgage Pass-through Certificates Series 2002-B bkgroup@kmllawgroup.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Russell A. Burdelski | on behalf of Debtor Anthony J. Palombo Jr. Russ@BurdelskiLaw.com, russ.burdelski@gmail.com |
| Russell A. Burdelski | on behalf of Joint Debtor Cathy M. Palombo Russ@BurdelskiLaw.com russ.burdelski@gmail.com |
| Russell A. Burdelski | on behalf of Plaintiff Cathy M. Palombo Russ@BurdelskiLaw.com russ.burdelski@gmail.com |
| Russell A. Burdelski | on behalf of Plaintiff Anthony J. Palombo Jr. Russ@BurdelskiLaw.com, russ.burdelski@gmail.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 13