IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
ANTHONY J. PALOMBO, JR.
CATHY M. PALOMBO
    Debtor(s)

Ronda J. Winnecour
    Movant
vs.
No Repondents.

Case No.:17-20828

Chapter 13

Related to: Document No. 78

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this __13th__ day of __May__, 20_22_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
5/13/22 11:53 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_Carlota M. Böhm_    glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Anthony J. Palombo, Jr.  
Cathy M. Palombo  
    Debtors

Case No. 17-20828-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: May 13, 2022      Form ID: pdf900      Total Noticed: 25

The following symbols are used throughout this certificate:  
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Anthony J. Palombo, Jr., Cathy M. Palombo, 515 Crestview Drive, Pittsburgh, PA 15239-1705 |
| cr | + | Ally Financial, Tucker Arensberg, P.C., c/o Brett A. Solomon, Esquire, 1500 One PPG Place, Pittsburgh, Pa 15222-5413 |
| 14661396 | | UPCI Cancer Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14640928 | | UPMC Community Medicine, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14387336 | + | UPMC HEALTH SERVICES, PO BOX 371472, Pittsburgh, PA 15250-7472 |
| 14661397 | | UPMC Presbyterian Shadyside Hospital, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14661398 | | UPMC St Margaret, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14661395 | | University of Pittsburgh Physicians, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 13 2022 23:48:36 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14387329 | + | Email/Text: bncnotifications@pheaa.org | May 13 2022 23:45:00 | AES/PHEAA, PO BOX 61047, Harrisburg, PA 17106-1047 |
| 14387330 | + | Email/Text: ally@ebn.phinsolutions.com | May 13 2022 23:45:00 | ALLY, PO BOX 9001951, Louisville, KY 40290-1951 |
| 14385040 | | Email/Text: ally@ebn.phinsolutions.com | May 13 2022 23:45:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14382629 | | Email/PDF: ebn_ais@aisinfo.com | May 13 2022 23:48:30 | American InfoSource LP as agent for, T Mobile/T-Mobile USA Inc, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 14672097 | + | Email/Text: kburkley@bernsteinlaw.com | May 13 2022 23:45:00 | Duquesne Light Company, c/o Allison L. Carr,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 15083944 | | Email/Text: ECMCBKNotices@ecmc.org | May 13 2022 23:45:00 | ECMC, PO BOX 16408, St. Paul, MN 55116-0408 |
| 14387331 | + | Email/Text: Bankruptcy@ICSystem.com | May 13 2022 23:45:00 | IC SYSTEMS, PO BOX 64378, Saint Paul, MN 55164-0378 |
| 14416827 | + | Email/Text: bncnotifications@pheaa.org | May 13 2022 23:45:00 | PHEAA, PO BOX 8147, HARRISBURG PA 17105-8147 |
| 14423255 | + | Email/Text: ebnpeoples@grblaw.com | May 13 2022 23:45:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14387332 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 13 2022 23:45:00 | SELECT PORTFOLIO SERVICING, PO BOX 65450, Salt Lake City, UT 84165-0450 |
| 14375264 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 13 2022 23:45:00 | SELECT PORTFOLIO SVCING, PO BOX 65250, Salt Lake City, UT 84165-0250 |

Case 17-20828-CMB    Doc 91    Filed 05/15/22    Entered 05/16/22 00:23:17    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 13, 2022 | Form ID: pdf900 | Total Noticed: 25 |

| 14387334 | + Email/Text: bsimmons@amsher.com | | |
|---|---|---|---|
| | | May 13 2022 23:45:00 | TMOBILE, c/o AMSHER COLLECTION, 4524 SOUTH LAKE PARKWAY, SUITE 15, Birmingham, AL 35244-3271 |
| 14387335 | + Email/Text: bankruptcydepartment@tsico.com | | |
| | | May 13 2022 23:45:00 | TRANSWORLD SYSTEMS INC., PO BOX 15520, Wilmington, DE 19850-5520 |
| 14672076 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | May 13 2022 23:45:00 | U.S. Bank, National Association, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14387338 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | May 13 2022 23:44:00 | VERIZON, C/O BANKRUPTCY DEPARTMENT, 500 TECHNOLOGY DRIVE, SUITE 550, Saint Charles, MO 63304-2225 |
| 14638495 | + Email/PDF: ebn_ais@aisinfo.com | | |
| | | May 13 2022 23:48:31 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 17

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | U.S. Bank, National Association, as Trustee for th |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14387333 | *+ | SELECT PORTFOLIO SVCING, PO BOX 65250, Salt Lake City, UT 84165-0250 |
| 14387337 | * | UPMC HEALTH SERVICES, PO BOX 371472, Pittsburgh, PA 15250-7472 |

TOTAL: 2 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2022                    Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brett A. Solomon | on behalf of Defendant Ally Financial serviced by Ally Servicing LLC brett.solomon@solomon-legal.com |
| Brett A. Solomon | on behalf of Creditor Ally Financial brett@solomon-legal.com |
| Brian Nicholas | on behalf of Creditor U.S. Bank National Association, as Trustee for the EMC Mortgage Loan Trust 2002-B, Mortgage Pass-through Certificates Series 2002-B bnicholas@kmllawgroup.com |
| Maria Miksich | on behalf of Creditor U.S. Bank National Association, as Trustee for the EMC Mortgage Loan Trust 2002-B, Mortgage Pass-through Certificates Series 2002-B mmiksich@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: May 13, 2022 | Form ID: pdf900 | Total Noticed: 25 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
    on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Rebecca Solarz
    on behalf of Creditor U.S. Bank National Association, as Trustee for the EMC Mortgage Loan Trust 2002-B, Mortgage Pass-through Certificates Series 2002-B bkgroup@kmllawgroup.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Russell A. Burdelski
    on behalf of Debtor Anthony J. Palombo Jr. Russ@BurdelskiLaw.com, russ.burdelski@gmail.com

Russell A. Burdelski
    on behalf of Joint Debtor Cathy M. Palombo Russ@BurdelskiLaw.com russ.burdelski@gmail.com

Russell A. Burdelski
    on behalf of Plaintiff Cathy M. Palombo Russ@BurdelskiLaw.com russ.burdelski@gmail.com

Russell A. Burdelski
    on behalf of Plaintiff Anthony J. Palombo Jr. Russ@BurdelskiLaw.com, russ.burdelski@gmail.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 13