## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Anthony J. Palombo Jr.<br>Cathy M. Palombo<br>                                      Debtor(s) | BK NO. 17-20828 CMB<br><br>Chapter 13 |
| U.S. Bank, National Association, as Trustee for the EMC Mortgage Loan Trust 2002-B, Mortgage Pass-through Certificates Series 2002-B<br>                                      Movant<br>            vs. | Related to Claim No. 12-1 |
| Anthony J. Palombo Jr.<br>Cathy M. Palombo<br>                                      Debtor(s)<br><br>Ronda J. Winnecour,<br>                                      Trustee | |

### CERTIFICATE OF SERVICE
### NOTICE OF MORTGAGE PAYMENT CHANGE

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>May 4, 2022</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Anthony J. Palombo Jr.
515 Crestview Drive
Pittsburgh, PA 15239

Cathy M. Palombo
515 Crestview Drive
Pittsburgh, PA 15239

Attorney for Debtor(s)
Russell A. Burdelski, Esq.
1020 Perry Highway (VIA ECF)
Pittsburgh, PA 15237

Trustee
Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219

Method of Service:  electronic means or first class mail

Dated: <u>May 4, 2022</u>

                                          <u>**/s/Brian C. Nicholas Esquire**</u>
                                          Brian C. Nicholas Esquire
                                          Attorney I.D. 317240
                                          KML Law Group, P.C.
                                          BNY Mellon Independence Center
                                          701 Market Street, Suite 5000
                                          Philadelphia, PA 19106
                                          201-549-5366
                                          bnicholas@kmllawgroup.com